No. 513, Misc. MILLER *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 516, Misc. VEGA *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 517, Misc. SHIVERS *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 518, Misc. LIEVERS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 526, Misc. DAVIS *v.* MICHIGAN. Recorder's Court of the City of Detroit, Michigan. Certiorari denied.

No. 529, Misc. ABRAMS *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. Jo M. Ferguson,* Attorney General of Kentucky, and *Robert F. Matthews, Jr.,* Assistant Attorney General, for respondent.

No. 474, Misc. MILLER *v.* THORN, EXECUTRIX. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles William Freeman* for petitioner.

No. 539, Misc. PRIESTER *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 543, Misc. FORSYTHE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 546, Misc. SAUNDERS ET AL. *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.